United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH RUSSELL,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 22-cv-02813-JST

**CLERK'S JUDGEMENT**

Re: Dkt. No. 44

Pursuant to the Order Granting Motion to Dismiss signed July 5, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 5, 2023

Mark B. Busby
Clerk, United States District Court

By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR